**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 27 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

CASE NO. 4:22-cv-00426-KGB-JTR

Jury Trial: ☐ Yes ☐ No
(Check One)

4:22-cv-00508-KGB-JTR

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: **George E Key Jr**
   ADC # **262984**
   Address: **3201 W. Roosevelt Rd. N.L.R., AR. 72204**

   Name of plaintiff: **Joseph Barnhart**
   ADC # **654937**
   Address: **3201 W. Roosevelt Rd. N.L.R., AR. 72204**

   Name of plaintiff: **Trevet R. Yuille Sr.**
   ADC # **139958**
   Address: **3201 W. Roosevelt Rd. N.L.R., AR. 72204**

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: **Sgt. Clark**
   Position: **Pulaski County Sherriff Officer**
   Place of employment: **P.C.R.D.F.**
   Address: **3201 W. Roosevelt Rd. L.R., AR. 72204**
   Name of defendant: **Sgt. Hill**
   Position: **Pulaski County Sherriff Officer**

-4-

This case assigned to District Judge **Baker**
and to Magistrate Judge **Ray**

Place of employment: P.C.R.D.F.
Address: 3201 W. Roosevelt Rd. Little Rock, AR. 72204
Name of defendant: Lt. Atwood
Position: Pulaski County Sheriff Officer
Place of employment: P.C.R.D.F.
Address: 3201 W. Roosevelt Rd. Little Rock, AR. 72204
Name of defendant: Officer Smith
Position: Pulaski County Sheriff Officer
Place of employment: P.C.R.D.F.
Address: 3201 W. Roosevelt Rd. Little Rock, AR. 72204

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

A.

Name of Plaintiff: Eligah Kaufman
ADC # 217209
Address 3201 W. Roosevelt Rd., N.L.R., AR 72204

Name of Plaintiff: Brandon Smith
ADC # 4768
Address 3201 W. Roosevelt Rd. N.L.R., AR. 72204

B.

Name of Defendant: Officer Adaway
Position: Pulaski County Sherriff Officer
Place of Employment: P.C.R.D.F. 3201 W. Roosevelt Rd. N.L.R., AR. 72204

Name of Defendant: Officer Park
Position: Pulaski County Sherriff Officer
Place of Employment: 3201 W. Roosevelt Rd. N.L.R., AR. 72204

1

A. Name of Plaintiff: Billy R Sanders
ADC# 259149
Address: 3201 W. Roosevelt Rd. N.L.R., AR 72204

Name of Plaintiff: Stanley Lamont Bush
ADC# 259079
Address: 3201 W. Roosevelt Rd. N.L.R., AR 72204

Name of Plaintiff: Nelson Fraizer
ADC# 257387
Address: 3201 W. Roosevelt Rd. N.L.R., AR 72204

B. Name of Defendant: Officer Anderson
Position: Pulaski County Sheriff Officer
Place of Employment: P.C.R.D.F. 3201 W. Roosevelt Rd N.L.R., AR 72204

Name of Defendant: Eric Higgins
Position: Sheriff / Jail Administrator
Place of Employment: P.C.R.D.F. 3201 W. Roosevelt Rd. N.L.R., AR 72204

Name of Defendant: Officer Jones
Position: Pulaski County Sheriff Officer
Place of Employment: P.C.R.D.F. 3201 W. Roosevelt Rd. N.L.R., AR 72204

Name of Defendant: Officer Knight
Position: Pulaski County Sheriff Officer
Place of Employment: P.C.R.D.F. 3201 W. Roosevelt Rd. N.L.R., AR 72204

Name of Defendant: Officer Grant
Position: Pulaski County Sheriff Officer
Place of Employment: P.C.R.D.F. 3201 W. Roosevelt Rd. N.L.R., AR 72204

OVER →

A.

Name of Plaintiff: Elijah Kaufman
ADC # 217204
Address 3201 W. Roosevelt Rd. N.L.R., AR 72204

Name of Plaintiff: Brandon Smith
ADC # 4768
Address 3201 W. Roosevelt Rd. N.L.R., AR. 72204

B.

Name of Defendant: Officer Adaway
Position: Pulaski County Sherriff Officer
Place of Employment: P.C.R.D.F. 3201 W. Roosevelt Rd. N.L.R., AR. 72204

Name of Defendant: Officer Park
Position: Pulaski County Sherriff Officer
Place of Employment: 3201 W. Roosevelt Rd. N.L.R., AR. 72204

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: Pulaski County Regional Detention Facility 3201 W. Roosevelt Rd. L.R., AR. 72204

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

___ serving a sentence as a result of a judgment of conviction

___ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ___

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes ✓   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

3/10 - 3/14, 3/20 - 3/22/22 officer Smith has been the only officer for 2 units (P & Q) which is 187 inmates because it's a link unit and their officers don't want to do their jobs, so we get 1 officer for 2 units when they have enough officers to be 1 per unit, but they would rather make 1 officer have both units, which means we don't showers, access to legal library, or legal calls, for we have no access to phones, kiosk, or showers cause we are locked in ours cells for days at a time. I filed a grievence on 3/23/22 and still has not been answered. I have talked to all officers listed as defendants trying to rectify this problem. Which brings me to this step in the process. We have been locked down on the dates since filing the grievance as follows 3/26, 3/28, 3/30, 4/4, 4/5, 4/6, 4/8, 4/10, 4/11, 4/12, 4/14, 4/20, 4/21, 4/22, 4/24, 4/26, 4/28, 4/30, 5/1, 5/3, ~~5/__~~ 5/14 5/15, ~~5/__~~ 5/16/22. On 4/10/22 in cell 415 Q unit a man died and his cell mate hollered out for the guard for 3 hrs.

## VII.

before they finally came from the other unit and found him because they wasn't doing their security checks (officer Jones) It 5/18/22 and as you can see it hasn't gotten any better. I've talked to everyone in the chain of command. Every plaintiff in this case can verify this. When I tried to talk to the officers they talk to me and tell me to deal with it or bond out. Just because we were unfortunate to end up here, shouldn't now, they can treat us like this and cause such a hostile environment.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

<u>We are asking the court to be able to shower, make legal calls, yard time, and law library at least once a day. Would also ask that all officers involved be reprimanded, pay our court filing fees and monetary damages as deemed fit by this court →</u>

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 18th day of MAY, 20 22.

George E Ky Jr

Trevet R. Yuille Sr.

Signature(s) of plaintiff(s)

Billy B Sanders 259149

[signature] Bush 257079

[signature]

[signature]

Brandon Smith

-8-

VIII. And to close. All these link doors PERMANANTLY.
Thank for your time in this matter.

George Key Jr #26984
P.C.R.D.F.
3201 W. Roosevelt Rd.
Little Rock, AR. 72204



LITTLE ROCK AR 720
26 MAY
US POSTAGE
$00.93⁰
First-Class
Mailed From 72204
05/24/2022
032A 0061816150

Pro Se Clerk
600 W. Capitol Ave. Room A149
Little Rock, AR. 72201

LEGAL MAIL  72201-332999